IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KENNETH B. EATON                                                                    PLAINTIFF

v.                                                          CIVIL ACTION NO.  5:08cv2-DCB-MTP

J. BANKS, et al.                                                                    DEFENDANTS

**<u>ORDER</u>**

THIS MATTER is before the court on a Motion for Complete Medical Records [36] filed by plaintiff.  Having considered the submissions of the parties and the entire record in this matter, the court finds that the motion should be denied.

In his complaint, plaintiff alleges that beginning in June 2007, while an inmate at the Wilkinson County Correctional Facility ("WCCF"), he was denied certain soap and lotion for his skin condition that had been prescribed for him by his doctor in March 2007.  At an omnibus hearing held on September 16, 2008, a complete copy of plaintiff's medical records covering the period of his incarceration at WCCF (April 2, 2007 until May 26, 2008) were produced to plaintiff by counsel for defendant Kentrell Liddell.  In the instant motion, plaintiff argues that he needs additional medical records starting from April 17, 2005 in order to show that his medical problem was "an ongoing issue."   However, the alleged inadequate medical care began in June 2007, as set forth in plaintiff's complaint, and the court fails to see how any earlier medical records would be relevant to this case.  Accordingly,

IT IS ORDERED that plaintiff's Motion for Complete Medical Records [36] is denied.

SO ORDERED and ADJUDGED this the 17th day of November, 2008.

                                                                    s/ Michael T. Parker
                                                                    United States Magistrate Judge