IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KENNETH B. EATON, #L4298                                PLAINTIFF

VERSUS                                                        CIVIL ACTION NO. 5:08cv2-MTP

J. BANKS, SUE BURKHALTER
AND KENTRELL LIDDELL                                DEFENDANTS

## JUDGMENT

This cause having come before the court on a Motion for Summary Judgment filed by Plaintiff [45], a Motion for Summary Judgment filed by Defendant Kentrell Liddell [38], and a Motion for Summary Judgment filed by Defendants J. Banks and Sue Burkhalter [41], and decision having been duly rendered by separate Memorandum Opinion and Order [48],

IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE and that all other pending motions, if any, are dismissed as moot.

THIS, the 22nd day of April, 2009.

                                                                          _____
                                                                          United States Magistrate Judge